IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BEVERLY PARKER,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: 12-00539-KD-B** |
| ) | |
| **ENCORE REHABILITATION, INC.,** ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on "Parties' Joint Motion to Approve Settlement and Stipulation of Dismissal" (Doc. 5).

This is Fair Labor Standards Act ("FLSA") case and the Court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the FLSA in order to approve the settlement. While the parties stipulate as such, they have not submitted a copy of the settlement agreement which is necessary for such approval. See, e.g., Silva v. Miller, 307 Fed. Appx. 349 (11th Cir. 2009); Lynn's Food Store, Inc. v. United States, 679 F.2d 1350, 1354-1355 (11th Cir. 1982).

Accordingly, the parties are **ORDERED** to jointly file a Supplement, on or before **December 3, 2012**, attaching the relevant settlement agreement, and setting forth the facts of this case which establish that the settlement is a reasonable and fair resolution of a bona fide dispute.[1]

**DONE** and **ORDERED** this the **26th** day of **November 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] See, e.g., *Robert L. Dunagan v. ABBC, Inc.,* CV 11-280-KD-C (Docs. 22, 28); *Jimmy Salter v. Carlous L. King, et al.,* CV 11-464-KD-M (Docs. 10, 11).