IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BEVERLY PARKER,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: 12-00539-KD-B** |
| ) | |
| **ENCORE REHABILITATION, INC.,** ) | |
| Defendant. ) | |

## JUDGMENT

In conjunction with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the "Parties' Second Amended Joint Motion to Approve [the FLSA] Settlement" (Doc. 9) is **GRANTED** such that the parties' amended settlement agreement (Doc. 9-1), is **APPROVED.** As such, pursuant to the parties' amended settlement agreement, this action is **DISMISSED WITH PREJUDICE.**

Each party shall bear her or its own costs and fees, including attorneys' fees, in accordance with the parties' settlement agreement.

The Court does not retain jurisdiction to enforce the settlement agreement.

**DONE** and **ORDERED** this the **15th** day of **January 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**